USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE: 2/25/2020

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

ROSALIND GOMEZ,

                 Plaintiff,

     -v-

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,
                 Defendant.

----------------------------------------------------------X

19 **CIVIL** 9510 (SN)

# **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated February 24, 2020, that this action be, and hereby is, remanded

to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further

administrative proceedings.

**Dated:** New York, New York
       February 25, 2020

**RUBY J. KRAJICK**

Clerk of Court

BY:

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/25/2020